UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Leland Foster,                       :
                                     :  Case No. 15-12800
        Plaintiff,                   :
v.                                   :
                                     :  Honorable Robert H. Cleland
Cheap Charlie's, Inc.,               :
                                     :
        Defendant.                   :
_____/

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the Court on the Stipulation of the parties; the parties having entered into a Settlement Agreement and Release dated November  17 , 2015   ( the "Settlement Agreement"), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. This action shall be, and hereby is, dismissed without prejudice and without costs or attorney fees to any party except as provided in the Settlement Agreement.

2. The Court retains jurisdiction over this matter to enforce the terms Settlement Agreement.

3.  The parties are granted leave to substitute this Stipulated Order of Dismissal Without Prejudice with a Consent Decree under the terms provided in the Settlement Agreement upon proper Motion for Entry Of Consent Decree.

Dated: November 25, 2015

                                            s/Robert H. Cleland
                                            Judge Robert H. Cleland
                                            U.S. DISTRICT COURT JUDGE

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

Signatures:

Respectfully Submitted,

| /s/ Owen B. Dunn, Jr. | /s/ S. Douglas Touma |
|---|---|
| Owen B. Dunn, Jr. | S. Douglas Touma |
| **LAW OFFICE OF OWEN B. DUNN, JR.** | Touma Watson Whaling Coury & Stremers, PC |
| The Ottawa Hills Shopping Center | 316 McMorran Boulevard |
| 4334 W. Central Avenue, Suite 222 | Port Huron, MI 48060-3808 |
| Toledo, OH  43615 | 810-987-7700 |
| Telephone: (419) 241-9661 | Email: sdtouma@twwcc.com |
| Fax: (419) 241-9737 | |
| Email:  dunnlawoffice@sbcglobal.net | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |